# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Launeil Sanders,

    Plaintiff,

vs.

Gaston County, NC and
the State of North Carolina,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-199

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2010 Order.

Signed: June 24, 2010

Frank G. Johns, Clerk
United States District Court